IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 3:07CR49

STEVE BLACKARD AND DAVID WORTH THAGGARD

## ORDER ON DEFENDANTS' MOTION TO DISMISS

On April 3, 2009, this criminal action came before the Court on a Motion to Dismiss filed by Defendants, Steve Blackard and David Worth Thaggard, and the Court having heard from Defendant, David Worth Thaggard and his counsel, and from counsel for Steve Blackard, and from the Government FINDS:

1. That Defendant, David Worth Thaggard, expressed in open court that he was withdrawing his Motion and intended to enter a change of plea. That his abandonment of his Motion to Dismiss was his voluntary act and that the consequences of his withdrawal of his Motion were explained to him by his counsel.

2. That Counsel for David Worth Thaggard represented to the Court that his client wanted to abandon his Motion to Dismiss and understood the consequences and that his client intended to enter a change of plea.

3. That Counsel for Steve Blackard was present in Court without his client who had previously informed the Court of his intent to change his plea and abandon his Motion to Dismiss.

It is therefore ORDERED, that the Motion to Dismiss filed by Defendants, Steve Blackard and David Worth Thaggard, is withdrawn. A hearing for the change of plea for Defendant, Steve Blackard, is hereby set for **April 9, 2009, at 9:30 a.m.** and a hearing for the change of plea for Defendant, David Worth Thaggard, is hereby set for **April 10, 2009, at 3:00 p.m.**

SO ORDERED, this the 16th day of April, 2009.

_____
HENRY T. WINGATE, CHIEF
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Darren J. LaMarca*
Darren J. LaMarca, AUSA

Agreed:

*s/ Wayne Milner* by e-mail confirmation
D. Wayne Milner, Attorney for
David Worth Thaggard

*s/ Michael Knapp* by e-mail confirmation
Michael Knapp, Attorney for
Steve Blackard